UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ROBERT MCCABE, ET AL.,

    Debtors.
_____

BANK OF AMERICA, N.A.,

    Appellant,

v.

ROBERT MCCABE and TINA M. MCCABE,

    Appellees.
_____/

Bankruptcy Case No: 8:10-bk-26754 KRM

Civil Case No. 8:15-cv-672-T-24

## **ORDER**

This cause comes before the Court on Bank of America's Motion for Summary Reversal. (Doc. No. 15). Appellees have failed to file a response in opposition, and as such, the Court considers the motion to be unopposed.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) This Court grants the motion for summary reversal in light of the Supreme Court's decision in <u>Bank of America, N.A. v. Caulkett</u>, 135 S. Ct. 1995 (2015).

(2) The decision of the bankruptcy court is reversed, and this case is remanded to the bankruptcy court in order for it to vacate its March 13, 2015 order (BK Doc. No. 79) and to conduct further proceedings consistent with this order.

(3) The Clerk is directed to vacate the April 14, 2015 judgment in this case (Doc. No. 9) and to enter judgment in favor of Bank of America.

(4)   This case remains closed.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of September, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable K. Rodney May